JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
JAMES LYNN O'HINES,              )   NO. CV 09-1338-CAS (MAN)
                                 )
            Petitioner,          )
                                 )
     v.                          )   JUDGMENT
                                 )
GOVERNOR JAN BREWER, et al.,     )
                                 )
            Respondents.         )
_____)
```

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice

DATED: <u>March 9, 2009</u>.

                                                      CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE